UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANFORD WILLIAMS, JR., | ) | CIVIL ACTION NO. 1:19-CV-01008 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| KEVIN WINTER, | ) | |
| Defendant | | |

ORDER

In accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that:

1. Defendant Kevin Winter's Motion to Dismiss (Doc. 20) is GRANTED;

2. Plaintiff Sanford Williams, Jr.'s Section 1983 claim and negligence claim are DISMISSED; and

3. **The Clerk of Court is instructed** to amend the ECF Docket, changing the Plaintiff's first name from "Sandford" to "Sanford."

4. **The Clerk of Court is further instructed** to close the case.

Date: April 28, 2020              BY THE COURT

                                  *s/William I. Arbuckle*
                                  William I. Arbuckle
                                  U.S. Magistrate Judge